| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**  Oleum Operating Co., L.C.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  7 5 – 2 7 4 6 9 0 3

4. **Debtor's address**

   **Principal place of business**
   1000 E. Marshall Ave.
   Number   Street

   Longview    TX    75601
   City        State  ZIP Code

   Gregg
   County

   **Mailing address, if different from principal place of business**
   PO Box 1263
   Number   Street

   _____
   P.O. Box

   Longview    TX    75606
   City        State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number   Street

   _____
   City        State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Oleum Operating Co., L.C.** _____ Case number (if known) _____

| 7. | **Describe debtor's business** | A. Check one: |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                       MM / DD / YYYY
        District _____ When _____ Case number _____
                                       MM / DD / YYYY
        District _____ When _____ Case number _____
                                       MM / DD / YYYY

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Oleum Operating Co., L.C.** _____ Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list.

Debtor _____ Relationship _____
District _____ When _____
Case number, if known _____ MM / DD / YYYY

Debtor _____ Relationship _____
District _____ When _____
Case number, if known _____ MM / DD / YYYY

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____    _____    _____
City    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and adminstrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Oleum Operating Co., L.C.**    Case number (if known) _____

| 14. Estimated number of creditors | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

| 15. Estimated assets | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/15/2019**
MM / DD / YYYY

X **/s/ Micheal W. Snell**    **Micheal W. Snell**
Signature of authorized representative of debtor    Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Callan C. Searcy**    Date **05/15/2019**
Signature of attorney for debtor    MM / DD / YYYY

**Callan C. Searcy**
Printed name

**Searcy & Searcy, P.C.**
Firm name

**P.O Box 3929**
Number    Street

**Longview**    **TX**    **75606**
City    State    ZIP Code

**(903) 757-3399**    **ccsearcy@jrsearcylaw.com**
Contact phone    Email address

**24075523**    _____
Bar number    State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| OLEUM OPERATING COMPANY, L.C. § | No. |
| § | |
| § | |
| DEBTOR(S) § | Chapter 11 |

### CORPORATE RESOLUTION

The Board of Directors of OLEUM OPERATING COMPANY, L.C. has adopted the following resolution:

WHEREAS, it is in the best interest of OLEUM OPERATING COMPANY, L.C. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Bankruptcy Code;

Be It Therefore Resolved that Micheal W. Snell, the Managing Member of OLEUM OPERATING COMPANY, L.C., as an authorized representative of OLEUM OPERATING COMPANY, L.C., is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of OLEUM OPERATING COMPANY, L.C.

Be It Further Resolved that Micheal W. Snell is authorized and directed to appear in all bankruptcy proceedings on behalf of OLEUM OPERATING COMPANY, L.C., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of OLEUM OPERATING COMPANY, L.C. in connection with such bankruptcy case;

Micheal W. Snell is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions.

Dated: May 15, 2019

By: *[signature]*
Printed Name: Micheal W. Snell
Title: Managing Member of OLEUM OPERATING COMPANY, L.C.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Oleum Operating Co., L.C.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jerry & Antonia Suire c/o Chadwick W. Collings 68031 Capital Trace Row Mandeville, LA 70471 | | Lawsuit | Contingent Unliquidated Disputed | | | $1,794,791.00 |
| 2 | Price, Preston & Susan PO Box 701 Mandeville, LA 70470 | | Lawsuit - disputed ORRI interest | Contingent Unliquidated Disputed | | | $359,162.00 |
| 3 | Louisiana Dept of Revenue PO Box 4936 Baton Rouge, LA 70821 | | Severance - Oil | | | | $227,764.75 |
| 4 | AKSM, LC PO Box 1272 Longview, TX 75606 | | Loan | | | | $200,000.00 |
| 5 | Haller, Steven G. 19341 10th St., Ste. B Covington, LA 70433 | | Lawsuit - dispute ORRI interest | Contingent Unliquidated Disputed | | | $179,581.00 |

Debtor **Oleum Operating Co., L.C.**    Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Haller, Paula<br>2356 S. Lafayette St.<br>Denver, CO 80210 | | Lawsuit - dispute ORRI interest | Contingent<br>Unliquidated<br>Disputed | | | $179,581.00 |
| 7 | Truco Partnership, Ltd.<br>PO Box 320<br>Overton, TX 75684 | | well expenses | | | | $48,807.12 |
| 8 | Kearney National, Inc.<br>c/o Bank of America,<br>Attn Teresa Grafton<br>PO Box 830308<br>Dallas, TX 75283 | | returned check/dispute on title | Contingent<br>Disputed | | | $41,335.20 |
| 9 | Lefebvre Family LLC<br>c/o Gerald Lefebvre<br>no address | | returned check/dispute on title | Contingent<br>Disputed | | | $40,060.21 |
| 10 | Sempra Energy Production Co.<br>8235 Douglas Ave., Ste. 525<br>Dallas, TX 75225 | | returned check/dispute on title | Contingent<br>Disputed | | | $33,068.20 |
| 11 | Eastar Investments, Inc.<br>PO Box 320<br>Overton, TX 75684 | | well expense | | | | $28,555.02 |
| 12 | CLARIANT CORPORATION<br>Dept 2203<br>Carol Stream, IL 70601 | | Vendor | | | | $19,554.90 |
| 13 | Wiener III, Jacques L.<br>333 Texas, Ste. 2375<br>Shreveport, LA 71101 | | returned check/dispute on title | Contingent<br>Disputed | | | $18,698.06 |

Debtor   **Oleum Operating Co., L.C.**                            Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | LISKOW & LEWIS APLC  701 Poydras St, Ste 5000  New Orleans, LA 70139 | | Vendor | | | | $12,311.33 |
| 15 | Jefferson Davis Electric  PO Drawer 1229  Jennings, LA 70546 | | vendor | | | | $11,304.81 |
| 16 | PCS FERGUSON, INC.  P O Box 732131  Dallas, TX 75373-2131 | | Vendor | | | | $10,868.48 |
| 17 | REAGAN POWER & COMPRESSION LLC  Dept AT 952461  Atlanta, GA 31192-2461 | | Vendor | | | | $7,064.48 |
| 18 | CJS Resources, LLC  233 Grove Oak  Arnaudville, LA 70512 | | returned check/dispute on title | Contingent Disputed | | | $6,186.73 |
| 19 | TOTAL PUMP & SUPPLY LLC  P O Box 548  Carencro, LA 70520 | | Vendor | | | | $6,069.60 |
| 20 | Wilbert, Catherine Melacon  58145 Randolphs Dr.  Plaquemine, LA 70764 | | returned check/dispute on title | Contingent Disputed | | | $6,010.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**                page 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE:                                                              CHAPTER   **11**

**Oleum Operating Co., L.C.**

DEBTOR(S)                                                  CASE NO

## **LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Micheal W. Snell<br>PO Box 1263<br>Longview, TX 75606 | | 99% | |
| Shelby Snell<br>PO Box 1263<br>Longview, TX 75606 | | 1% | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:\_\_**5/15/2019**_____      Signature:\_\_**/s/ Micheal W. Snell**_____

*Micheal W. Snell*
**Managing Member**