**Fill in this information to identify the case**

Debtor name  **Oleum Operating Co., L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-60341**
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

2.  **Cash on hand** — **$318.55**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | |
|---|---|---|---|---|---|---|---|
| 3.1. | **Texas Bank & Trust operating account** | **Checking account** | 2 | 1 | 6 | 3 | $24,186.64 |
| 3.2. | **Texas Bank & Trust money market account** | **Checking account** | 9 | 4 | 8 | 8 | ($2.13) |

4.  **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80. — **$24,503.06**

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor  **Oleum Operating Co., L.C.**                                    Case number (if known)  **19-60341**
Name

**Current value of
debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                    **$0.00**

---

**Part 3:  Accounts receivable**

---

**10.  Does the debtor have any accounts receivable?  See attached Exh. A**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.  Accounts receivable**

11a. 90 days old or less:    **$0.00**    –    **$0.00**    = ..............  ➔    **$0.00**
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **$1,732,863.27**    –    **$0.00**    = ..............  ➔    **$1,732,863.27**
face amount    doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                                    **$1,732,863.27**

---

**Part 4:  Investments**

---

**13.  Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

**Valuation method
used for current value**    **Current value of
debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                    **$0.00**

---

**Part 5:  Inventory, excluding agriculture assets**

---

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

| Debtor | Oleum Operating Co., L.C. | Case number (if known) | 19-60341 |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Oleum Operating Co., L.C.**
_____   Case number (if known)   **19-60341**
Name

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment, furnishings, supplies, etc. - See attached Exh. B | | | $29,577.63 |
| 42.  **Collectibles**  _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    $29,577.63

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery, fixtures, equipment, etc. - See attached Exh. C - Leased & Well Equipment | | | $19,270.40 |

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                    $19,270.40

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

---

Debtor    **Oleum Operating Co., L.C.**                                          Case number (if known)   **19-60341**
_____Name_____

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **1000 East Marshall Ave.**<br>**Longview, TX 75606**<br>**office space**<br>**owned by Micheal Snell (owns 99%)**<br>**and Shelby Snell (owns 1%)** | lease interest | | | $0.00 |
| 55.2. **working interest in Wilbert Minerals**<br>**#1 in Iberville Parish, State of**<br>**Louisiana** | working interest | | | $0.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.  | $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
| | Name | | |

**65.** Goodwill

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**Lease to purchase agreement between Oleum
Operating Company, LLC and Dome de Sel, LLC**

$8,500.00   –   $0.00   = ➔   $8,500.00

Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties** (whether or not a lawsuit has been filed)

**Oleum vs. Hoffpauer & Guidry - #2014-1024 Division L**   Unknown

Nature of claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**Indemnity claim against The Sweet Lake Land and Oil Company, LLC**   $7,039,083.27

Nature of claim   **Indemnity claim**

Amount requested   **$0.00**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$7,047,583.27

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Oleum Operating Co., L.C.** _____    Case number (if known) **19-60341** _____
     Name

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12: Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | **$24,503.06** | |
| **81. Deposits and prepayments.** _Copy line 9, Part 2._ | **$0.00** | |
| **82. Accounts receivable.** _Copy line 12, Part 3._ | **$1,732,863.27** | |
| **83. Investments.** _Copy line 17, Part 4._ | **$0.00** | |
| **84. Inventory.** _Copy line 23, Part 5._ | **$0.00** | |
| **85. Farming and fishing-related assets.** _Copy line 33, Part 6._ | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | **$29,577.63** | |
| **87. Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | **$19,270.40** | |
| **88. Real property.** _Copy line 56, Part 9_..........................................➔ | | **$0.00** |
| **89. Intangibles and intellectual property.** _Copy line 66, Part 10._ | **$0.00** | |
| **90. All other assets.** _Copy line 78, Part 11._ | + **$7,047,583.27** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$8,853,797.63** | + 91b. **$0.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................... **$8,853,797.63**

**Fill in this information to identify the case:**

Debtor name  **Oleum Operating Co., L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **19-60341**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name<br>**ACADIA PARISH TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $617.42 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**c/o K. P. GIBSON**

**P O Box 600**

**Crowley        LA    70527**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    **9   8   0   0**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**real property**

Describe the lien
**Ad Valorem Tax**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $85,543.81

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) **19-60341** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2** **Creditor's name**
**CALCASIEU PARISH TAX COLLECTOR**

**Creditor's mailing address**
**Tony Mancuso Tax A/C**

**P O Box 1450**

**Lake Charles          LA    70631-1450**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account**
**number**                    **2   2   5   9**

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**real property**

**Describe the lien**

**Ad Valorem Tax**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$45,186.04                    $0.00

**2.3** **Creditor's name**
**CAMERON PARISH TAX**

**Creditor's mailing address**
**c/o Ron Johnson**

**P O Box 1250**

**Cameron          LA    70631-1250**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account**
**number**                    **3   6   2   5**

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**real property**

**Describe the lien**

**Ad Valorem Tax**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,515.54                    $0.00

| Debtor | Oleum Operating Co., L.C. | Case number (if known) **19-60341** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4**

**Creditor's name**
**VERMILION PARISH TAX COLLECTOR**

**Creditor's mailing address**
**P O Box 307**

**Abbeville          LA    70511-0307**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    **5    6    0    0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**real property**

**Describe the lien**
**Ad Valorem Tax**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,836.31 | $0.00

**2.5**

**Creditor's name**
**WEST BATON ROUGE TAX COLLECTO**

**Creditor's mailing address**
**P O Box 129**

**Port Allen          LA    70767-0129**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    **v    a    r    i**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**real property**

**Describe the lien**
**Ad Valorem Tax**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,388.50 | $0.00

**Fill in this information to identify the case:**

Debtor **Oleum Operating Co., L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-60341**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227,764.75** | **$227,764.75** |

**2.1**   Priority creditor's name and mailing address

**Louisiana Dept of Revenue**

**PO Box 4936**

**Baton Rouge**          **LA**    **70821**

Date or dates debt was incurred
**2012-1015**

Last 4 digits of account
number    **1    1    1    0**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Severance - Oil**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1    Nonpriority creditor's name and mailing address

**Ackel, Jennifer Cagle**

**3777 Lake Breeze Rd.**

**Lake Charles                LA        70605**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☒ No
☐ Yes

**$4.33**

### 3.2    Nonpriority creditor's name and mailing address

**Adams LLC**

**Coy & Jay Adams**

**16287 Perdido Key Dr.**

**Seaspray Unit 201**

**Pensacola                FL        32507**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,464.58**

### 3.3    Nonpriority creditor's name and mailing address

**Adams, LLC**

**16287 Perdido Key Sr.**

**Seaspreay Unit 201**

**Pensacola                FL        32507**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☒ No
☐ Yes

**$127.41**

### 3.4    Nonpriority creditor's name and mailing address

**AKSM, LC**

**PO Box 1272**

**Longview                TX        75606**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$357,977.34**

Debtor    **Oleum Operating Co., L.C.**                                          Case number (if known)   **19-60341**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** | Nonpriority creditor's name and mailing address

**ALERT SYSTEMS TECHNOLOGIES, LLC**

**111 Pelican Street**

**Lafayette**                          **LA      70507**

Date or dates debt was incurred

Last 4 digits of account number      v   a   r   i

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$1,330.00

---

**3.6** | Nonpriority creditor's name and mailing address

**ALPHA CONTROL SERVICES, LLC**

**P O Box 1916**

**Scott**                              **LA      70583**

Date or dates debt was incurred

Last 4 digits of account number      v   a   r   i

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$1,424.31

---

**3.7** | Nonpriority creditor's name and mailing address

**Angelle, Frank H.**

**1023 Cary Ave.**

**Jennings**                           **LA      70546**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☒ No
☐ Yes

$86.63

---

**3.8** | Nonpriority creditor's name and mailing address

**Angelle, Joel Christopher**

**108 Villaggio Dr.**

**Lafayette**                          **LA      70508**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☒ No
☐ Yes

$86.63

---

Debtor    **Oleum Operating Co., L.C.**    Case number (if known)    **19-60341**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**    Nonpriority creditor's name and mailing address

**Angelle, Warner**

**1106 Cary Ave.**

**Jennings**                    **LA**    **70546**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

$86.64

---

**3.10**    Nonpriority creditor's name and mailing address

**ASA Properties Limited Partnership**

**9619 Interline Ave., Ste. B**

**Baton Rouge**                **LA**    **70809**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

$184.15

---

**3.11**    Nonpriority creditor's name and mailing address

**AT&T**

**208 S. Akard St.**

**Dallas**                    **TX**    **75202**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Phone company**

Is the claim subject to offset?
☑ No
☐ Yes

$222.20

---

**3.12**    Nonpriority creditor's name and mailing address

**Ayres, Virginia King**

**PO Box 43430**

**Louisville**                **KY**    **40253**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

$971.07

---

Debtor    **Oleum Operating Co., L.C.**                                    Case number (if known)   **19-60341**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$943.88** |
|---|---|---|---|

**Barton, Zona King**

**PO Box 5388**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Helena**                    **MT**    **59604**

**Basis for the claim:**
**returned check/dispute on title**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$156.24** |
|---|---|---|---|

**Bates, Marcus Whitman**

**227 Wentworth Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**West Columbia**             **TX**    **77486**

**Basis for the claim:**
**Royalty owner**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76.06** |
|---|---|---|---|

**BeBee, Glen W.**

**6675 Hwy. 90E, #253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lake Charles**              **LA**    **70615**

**Basis for the claim:**
**Royalty owner**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,055.30** |
|---|---|---|---|

**Beck Jr., Richard Edward**

**4305 Ashland St.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Lake Charles**              **LA**    **70605**

**Basis for the claim:**
**returned check/dispute on title**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17**    Nonpriority creditor's name and mailing address

**Bertrand Gauging, LLC**

**6168 Hwy. 382**

**Lake Arthur**    **LA**    **70549**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,696.00**

---

**3.18**    Nonpriority creditor's name and mailing address

**Bobbish Trust, Gayla M.**

**604 S. Frederick Ave., Ste. 411**

**Gaithersburg**    **MD**    **20877**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:    **returned check/dispute on title**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.81**

---

**3.19**    Nonpriority creditor's name and mailing address

**Bonner Rev. Mgmt. Trust**

**A.S. Bonner, Trustee**

**4240 Prescott Ave., 4E**

**Dallas**    **TX**    **75219**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:    **Royalty owner**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.95**

---

**3.20**    Nonpriority creditor's name and mailing address

**Bozung, Linda J.**

**no address**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:    **returned check/dispute on title**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$58.44**

---

Debtor   **Oleum Operating Co., L.C.**                          Case number (if known)   **19-60341**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   **Nonpriority creditor's name and mailing address**

**Brame, Marianne Cagle**

**PO Box 1148**

**Lake Charles**          **LA**      **70602**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$29.72**

---

**3.22**   **Nonpriority creditor's name and mailing address**

**Broadhurst Trust, Melanie Even**

**31 Evening Song Crt.**

**The Woodlands**          **TX**      **77380**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$418.89**

---

**3.23**   **Nonpriority creditor's name and mailing address**

**Brock, Marilyn D. Miller**

**c/o John B. Brock**

**1201 Louisiana, Ste. 1400**

**Houston**          **TX**      **77002**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,993.11**

---

**3.24**   **Nonpriority creditor's name and mailing address**

**Bryant, Patricia L.**

**PO Box 771**

**Plaquemine**          **LA**      **70765**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3.88**

---

Debtor   **Oleum Operating Co., L.C.**                                       Case number (if known)   **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| **3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$77.98** |
|---|---|---|---|

Check all that apply.

**Bryant, William**
**no address**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$794.25** |
|---|---|---|---|

Check all that apply.

**Burts, Darrellyn Copeland**
**109 Ravenswood Ln**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lafayette**          **LA    70508**

**Basis for the claim:**
**Royalty owner**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$64.50** |
|---|---|---|---|

Check all that apply.

**C&K Minerals, LLC**
**PO Box 91**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lake Charles**          **LA    70602**

**Basis for the claim:**
**Royalty owner**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4.33** |
|---|---|---|---|

Check all that apply.

**Cagle III, Joseph Maxwell**
**8809 Wood Stork Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Austin**          **TX    78729**

**Basis for the claim:**
**Royalty owner**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Oleum Operating Co., L.C.**     Case number (if known) **19-60341**

## Part 2:  Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.29**   **Nonpriority creditor's name and mailing address**

**Cagle Loftin Revocable Trust**

**2215 South Kingswood St.**

**Lake Charles**     **LA**     **70605**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$29.72

---

**3.30**   **Nonpriority creditor's name and mailing address**

**Cagle Trust**

**c/o Christine Marie**

**1214 Highland St.**

**Lake Charles**     **LA**     **70605**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$4.33

---

**3.31**   **Nonpriority creditor's name and mailing address**

**Cagle, Abigail Kristen**

**29 Eucalyptus St.**

**Sulphur**     **LA**     **70663**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3.72

---

**3.32**   **Nonpriority creditor's name and mailing address**

**Cagle, Casey Brantley**

**109 Pithon Lake**

**Lake Charles**     **LA**     **70601**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$77.98

---

Debtor    **Oleum Operating Co., L.C.**                          Case number (if known)   **19-60341**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**    **Nonpriority creditor's name and mailing address**

**Cagle, Michael Roane**

**PO Box 1148**

**Lake Charles**               **LA**     **70602**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$29.72

---

**3.34**    **Nonpriority creditor's name and mailing address**

**Cagle, Timothy Griggs**

**900 Adams Crossing, #2100**

**Cincinnati**               **OH**     **45202**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$29.72

---

**3.35**    **Nonpriority creditor's name and mailing address**

**Cagle, Zachary Michael**

**1020 W. McNease St.**

**Apt. #14J**

**Lake Charles**               **LA**     **70605**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$4.33

---

**3.36**    **Nonpriority creditor's name and mailing address**

**CALCASIEU RENTALS INC**

**233 Highway 397**

**Lake Charles**               **LA**     **70615**

Date or dates debt was incurred

Last 4 digits of account number     v  a  r  i

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,397.28

---

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** Nonpriority creditor's name and mailing address

**Caldarera Jr., Peter J.**

**no address**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$849.73**

---

**3.38** Nonpriority creditor's name and mailing address

**Camwest II, LP**

**351 Adriatic Pkwy.**

McKinney                TX     75070

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$126.49**

---

**3.39** Nonpriority creditor's name and mailing address

**Castron 2012 Irrev. Trust, Alexander R.**

**Milton Russell, Trustee**

**418 S. Gay St., Ste. 503**

Knoxville               TN     37902

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$110.67**

---

**3.40** Nonpriority creditor's name and mailing address

**CJS Resources, LLC**

**316 Steiner Rd.**

LaFayette               LA     70508

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$6,186.73**

---

| Debtor | Oleum Operating Co., L.C. | Case number (if known) | 19-60341 |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

**CLARIANT CORPORATION**

**Dept 2203**

Carol Stream            IL      70601

Date or dates debt was incurred

Last 4 digits of account number      v   a   r   i

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$19,554.90

---

**3.42** Nonpriority creditor's name and mailing address

**Coleman, Connie**

**no address**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

$11.41

---

**3.43** Nonpriority creditor's name and mailing address

**Connell, Sara Bates**

**3108 Briarcliff Cir.**

Gainesville            TX      76240

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$156.18

---

**3.44** Nonpriority creditor's name and mailing address

**Copeland Jr., Robert R.**

**112 Hillside Dr., #8**

Lafayette            LA      70503

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

$3,833.40

---

Debtor    **Oleum Operating Co., L.C.**                    Case number (if known)    **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.25 |

**Copeland, Daniel Robert**

**1717 S. Citrus Cove**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesa**                    **AZ**    **85204**

**Basis for the claim:**
**Royalty owner**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.25 |

**Copeland, Josheph G.**

**108 Mocking Bird Ln.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lafayette**                    **LA**    **70506**

**Basis for the claim:**
**Royalty owner**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.25 |

**Copeland, Robert G.**

**104 Pinewoods Dr.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lafayette**                    **LA**    **70508**

**Basis for the claim:**
**Royalty owner**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.29 |

**Crawford Investment Corp.**

**no address**

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Oleum Operating Co., L.C.**                              Case number (if known)    **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.49** Nonpriority creditor's name and mailing address | **$273.63** |

**Cypress Propane**

**96 Poinciana Ave.**

**Mamou**                LA        **70554**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address                          **$138.33**

**Davenport, Haydee R.**

**5308 Webb Court**

**Acworth**                GA        **30102**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address                          **$1,305.83**

**Dawson Bend, LLC**

**no address**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address                          **$47.73**

**Dean, Lillian R.**

**5009 B Dakota Dr.**

**Nashville**                TN        **37209**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Oleum Operating Co., L.C.**                                    Case number (if known)  **19-60341**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53**  Nonpriority creditor's name and mailing address

**DEEP SOUTH OILFIELD & INDUSTRIAL SUPPLY**

**1203 Gersner Memorial Dr**

**Lake Charles**              **LA**    **70601**

Date or dates debt was incurred

Last 4 digits of account number    **0  1  6  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$531.69**

---

**3.54**  Nonpriority creditor's name and mailing address

**Dennis, Jolynne Cagle**

**518 Colonial Dr.**

**Lake Charles**              **LA**    **70611**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty owner**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4.33**

---

**3.55**  Nonpriority creditor's name and mailing address

**Dodson-McMillan Trust**

**Theodore & Thomas Dodson**

**7848 Paseo Tulipero**

**Carlsbad**              **CA**    **92009**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Royalty owner**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7.47**

---

**3.56**  Nonpriority creditor's name and mailing address

**Dome de Sel, LLC**

**P O Box 2567**

**Longview**              **TX**    **75606**

Date or dates debt was incurred

Last 4 digits of account number    **S  3  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$966.57**

---

| Debtor | Oleum Operating Co., L.C. | Case number (if known) | 19-60341 |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57**    Nonpriority creditor's name and mailing address

Eastar Investments, Inc.

PO Box 320

Overton                         TX      75684

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
well expense

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,555.02

---

**3.58**    Nonpriority creditor's name and mailing address

Emily White Monroe

no address

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
returned check/dispute on title

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.91

---

**3.59**    Nonpriority creditor's name and mailing address

Entergy

PO Box 8103

Baton Rouge                     LA      70891-8103

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$152.19

---

**3.60**    Nonpriority creditor's name and mailing address

Evans, Laura T. Bates

Adelbe Family Liv. Trust

12403 129th Ave. E.

Puyallup                        WA      98374

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Royalty owner

**Is the claim subject to offset?**
☒ No
☐ Yes

$156.18

---

Debtor    **Oleum Operating Co., L.C.**                                    Case number (if known)    **19-60341**

---

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

| **3.61** | **Nonpriority creditor's name and mailing address** |

**Evgenides, Ellen**

**5701 McCarty Ln.**

**Austin**                    **TX**      **78749**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$22.48

---

| **3.62** | **Nonpriority creditor's name and mailing address** |

**Ewing, Timothy G.**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,043.02

---

| **3.63** | **Nonpriority creditor's name and mailing address** |

**Federal Express**

**942 S. Shady Grove Rd.**

**Memphis**                    **TN**      **38120**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.74

---

| **3.64** | **Nonpriority creditor's name and mailing address** |

**Freeman, Wayne E.**

**PO Box 6221**

**Longview**                    **TX**      **75608**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**well expense**

**Is the claim subject to offset?**
☑ No
☐ Yes

$459.15

---

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

### Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.65**    Nonpriority creditor's name and mailing address

**Frost, Ann Marie**

**600 Parkway ave.**

**Bluefield                    WV    24701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$177.52**

**3.66**    Nonpriority creditor's name and mailing address

**Frost, Cyrus Jett**

**600 Parkway Ave.**

**Bluefield                    WV    24701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$177.52**

**3.67**    Nonpriority creditor's name and mailing address

**Gagle, Zachary Michael**

**no address**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$4.33**

**3.68**    Nonpriority creditor's name and mailing address

**Gantt, Ronda Lee Worth**

**PO Box 67**

**Ravenna                    TX    75476**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$70.47**

Debtor  **Oleum Operating Co., L.C.**                          Case number (if known)  **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|

**Gascon, George W.**

**316 Claystone Rd.**

Youngsville          LA    70592

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$89.36**

| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|

**Gascon, James & Celia**

**2824 Emily Dr.**

Port Allen          LA    70767

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.58**

| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|

**Goldstein, Daniel Merritt**

**5223 Sunningdale Dr.**

Charlotte          NC    28277

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.68**

| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|

**Goldstein, Ester White**

**5223 Suningdale Dr.**

Charlotte          NC    28277

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$71.70**

Debtor    **Oleum Operating Co., L.C.**    Case number (if known)    **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73**    Nonpriority creditor's name and mailing address

**Goldstein, Melissa Catherine**

**5223 Sunningdale Dr.**

**Charlotte**                **NC**    **28277**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☒ No
☐ Yes

**$2.68**

---

**3.74**    Nonpriority creditor's name and mailing address

**Grace III, Fred J.**

**no address**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☒ No
☐ Yes

**$268.06**

---

**3.75**    Nonpriority creditor's name and mailing address

**Grace IV, William Laughlin**

**2945 Vaguero Ln.**

**Celina**                **TX**    **75009**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☒ No
☐ Yes

**$144.56**

---

**3.76**    Nonpriority creditor's name and mailing address

**GULF COAST CHEMICAL LLC**

**P O Box 919161**

**Dallas**                **TX**    **75391-9161**

Date or dates debt was incurred

Last 4 digits of account number    _v_ _a_ _r_ _i_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,058.26**

---

Debtor   **Oleum Operating Co., L.C.**                              Case number (if known)   **19-60341**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,160.23** |

**Hadley Energy Services, LLC**

**1113-A Ridge Road**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Duson** | **LA** | **70529** |

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **9   4   2   8**
☑ No
☐ Yes

---

| **3.78** | Nonpriority creditor's name and mailing address | **$179,581.00** |

**Haller, Paula**

**2356 S. Lafayette St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| **Denver** | **CO** | **80210** |

**Basis for the claim:**   **Lawsuit - dispute ORRI interest**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

---

| **3.79** | Nonpriority creditor's name and mailing address | **$179,581.00** |

**Haller, Steven G.**

**19341 10th St., Ste. B**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| **Covington** | **LA** | **70433** |

**Basis for the claim:**   **Lawsuit - dispute ORRI interest**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

---

| **3.80** | Nonpriority creditor's name and mailing address | **$203.13** |

**Hamilton, Melissa Lynne**

**300 Oxford Court**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

| **Lake Charles** | **LA** | **70605** |

**Basis for the claim:**   **returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

---

Debtor **Oleum Operating Co., L.C.**     Case number (if known) **19-60341**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2.32** |
|---|---|---|---|

Check all that apply.

**Harper IV, James & Melissa**

**2581 Orchard Knob**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta**     **GA**    **30339**     **Royalty owner**

Date or dates debt was incurred     **Is the claim subject to offset?**
☒ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

| **3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$47.73** |
|---|---|---|---|

Check all that apply.

**Harper, Rachel E.**

**c/o Melissa White Harper**

**2581 Orchard Knob**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Atlanta**     **GA**    **30339**     **returned check/dispute on title**

Date or dates debt was incurred     **Is the claim subject to offset?**
☒ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

| **3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$47.73** |
|---|---|---|---|

Check all that apply.

**Harper, Sarah V.**

**c/o Melissa White Harper**

**2581 Orchard Knob**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Atlanta**     **GA**    **30339**     **returned check/dispute on title**

Date or dates debt was incurred     **Is the claim subject to offset?**
☒ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

| **3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$171.83** |
|---|---|---|---|

Check all that apply.

**Harris, Charles R.**

**PO Box 4163**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Midland**     **TX**    **79701**     **returned check/dispute on title**

Date or dates debt was incurred     **Is the claim subject to offset?**
☒ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

Debtor    **Oleum Operating Co., L.C.**                                    Case number (if known)    **19-60341**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,184.84 |
| --- | --- | --- | --- |

**Headington Oil Co., LP**

**7557 Rambler Rd., Ste. 1100**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **Dallas** | **TX** | **75231** |

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.89 |
| --- | --- | --- | --- |

**Honeyword Foundation, Inc.**

**9340 Helena Rd., Ste. E**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **Birmingham** | **AL** | **35244** |

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,674.69 |
| --- | --- | --- | --- |

**HORNET SERVICE CO., LLC**

**P O Box 1029**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Jennings** | **LA** | **70546** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    v  a  r  i

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.48 |
| --- | --- | --- | --- |

**Horsley, Paul**

**3009 Fontana Dr.**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **Austin** | **TX** | **78704** |

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.89**   Nonpriority creditor's name and mailing address

**Houssiere, Genevieve H.**

**335 Hill Valley Ct.**

**Semi Valley**         **CA**      **96035-7442**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$185.15

**3.90**   Nonpriority creditor's name and mailing address

**Jefferson Davis Electric**

**PO Drawer 1229**

**Jennings**         **LA**      **70546**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,304.81

**3.91**   Nonpriority creditor's name and mailing address

**Jerry & Antonia Suire**

**c/o Chadwick W. Collings**

**68031 Capital Trace Row**

**Mandeville**         **LA**      **70471**

Date or dates debt was incurred   **2019**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,794,791.00

Debtor disputes this amount.  Currently subject of litigation.

**3.92**   Nonpriority creditor's name and mailing address

**Jim-Tom Investments, Inc.**

**PO Box 985**

**Dequincy**         **LA**      **70633**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$903.38

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,297.07 |
| | | Check all that apply. | |

**JONES OILFIELD SERVICE SUPPLY, LLC**

**P O Box 919321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                    TX      75391-9321**

**Basis for the claim:** **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **v   a   r   i**

☑ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $818.00 |
| | | Check all that apply. | |

**JONES WALKER LLP**

**201 St Charles Ave - 50th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New Orleans              LA      70170-5100**

**Basis for the claim:** **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **v   a   r   i**

☑ No
☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| | | Check all that apply. | |

**Katherine Hoffpauer Fruge**

**c/o Lyle O. Fogleman, Jr.**

**PO Box 1999**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Crowley                   LA      70527**

**Basis for the claim:** **Lawsuit**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___  ___  ___  ___

☑ No
☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,335.20 |
| | | Check all that apply. | |

**Kearney National, Inc.**

**c/o Bank of America, Attn Teresa Grafton**

**PO Box 830308**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Dallas                    TX      75283**

**Basis for the claim:** **returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___  ___  ___  ___

☑ No
☐ Yes

---

Debtor    **Oleum Operating Co., L.C.**                    Case number (if known)    **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.97** | Nonpriority creditor's name and mailing address |

**Kearny, Edmonia**

**c/o Morgan Stanley**

**FBO Edmonia Kearny Rev. Trust**

**1850 K St. NW, Ste. 900**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

$395.43

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.98** | Nonpriority creditor's name and mailing address |

**Kearny, Joseph**

**12828 Fair Briar Ln.**

**Fairfax                    VA    22033**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

$24.91

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.99** | Nonpriority creditor's name and mailing address |

**Kearny, Laura Ann Moore**

**2020 Woodland Way**

**Atlanta                    GA    30338**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

$74.73

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.100** | Nonpriority creditor's name and mailing address |

**Kearny, Michael**

**1238 Stoneham Ct.**

**McLean                    VA    22101**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

$24.91

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.101**  **Nonpriority creditor's name and mailing address**

**Kearny, Richard A.**

**2200 Pimmitt Run Ln., #102**

**Falls Church**                          **VA**        **22043**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** **$24.91**

---

**3.102**  **Nonpriority creditor's name and mailing address**

**Kelly, Calvin**

**8019 Scotland Yard**

**Austin**                          **TX**        **78727**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** **$8.43**

---

**3.103**  **Nonpriority creditor's name and mailing address**

**Kelly, Warren**

**12807 Covington Trail**

**Austin**                          **TX**        **78727**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** **$8.43**

---

**3.104**  **Nonpriority creditor's name and mailing address**

**Kidd, Barron U.**

**Agency Account**

**PO Box 190975**

**Dallas**                          **TX**        **75219**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** **$4,133.54**

---

Debtor   **Oleum Operating Co., L.C.**                      Case number (if known)   **19-60341**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address |
|---|---|

**Kidder, Christine Cagle**

**506 S. Union St.**

**Natchez**                    **MS**    **39120**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$29.72

---

| 3.106 | Nonpriority creditor's name and mailing address |
|---|---|

**King IV, George Merritt**

**PO Box 571**

**Kinder**                    **LA**    **70648**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$72.93

---

| 3.107 | Nonpriority creditor's name and mailing address |
|---|---|

**King Jr., Jerry James**

**265 North Munson Rd.**

**Royse City**                    **TX**    **75189**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.47

---

| 3.108 | Nonpriority creditor's name and mailing address |
|---|---|

**King, Cyndi**

**1305 Kirkman St.**

**Lake Charles**                    **LA**    **70601**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$221.48

---

Debtor  **Oleum Operating Co., L.C.**                              Case number (if known)  **19-60341**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.109**  **Nonpriority creditor's name and mailing address**

**King, Jason Joseph**

**514 Harvest Hill Dr.**

**Murphy**                    **TX**    **75094**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$70.47**

---

**3.110**  **Nonpriority creditor's name and mailing address**

**King, Jeremy T.**

**no address**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$562.69**

---

**3.111**  **Nonpriority creditor's name and mailing address**

**Kline Jr., Mortimer A.**

**11777 San Vicente Blvd., Ste. 520**

**Los Angeles**                    **CA**    **90049**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$52.45**

---

**3.112**  **Nonpriority creditor's name and mailing address**

**LA DEPT OF ENVIRONMENTAL QUALITY**

**P O Box 4311**

**Baton Rouge**                    **LA**    **70821-4311**

Date or dates debt was incurred

Last 4 digits of account number   _0_ _0_ _8_ _2_

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,377.00**

---

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.113 | **Nonpriority creditor's name and mailing address** |
|---|---|

**LAKE ARTHUR BUTANE CO.**

**P O Box 686**

**Lake Arthur**          **LA**    **70549**

Date or dates debt was incurred

Last 4 digits of account number      **5   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$53.00**

---

| 3.114 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Lefebvre Family LLC**

**c/o Gerald Lefebvre**

**no address**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$40,060.21**

---

| 3.115 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Lefebvre III, E.J.**

**805 N. Union St.**

**Natchez**          **MS**    **39120**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$461.15**

---

| 3.116 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Levingston, David L.**

**1821 Hodges St.**

**Lake Charles**          **LA**    **70601**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$50.79**

---

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.117**   **Nonpriority creditor's name and mailing address**

**LISKOW & LEWIS APLC**

**701 Poydras St, Ste 5000**

**New Orleans**          **LA     70139**

Date or dates debt was incurred

Last 4 digits of account number          **v   a   r   i**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$12,311.33

---

**3.118**   **Nonpriority creditor's name and mailing address**

**LOUISIANA TANK INC**

**P O Box 1863**

**Lake Charles**          **LA     70602**

Date or dates debt was incurred

Last 4 digits of account number          **7   7   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

$321.00

---

**3.119**   **Nonpriority creditor's name and mailing address**

**LSB Wilbert Interest, LLC**

**c/o Lilla Bryant Schwing Blackburn**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☒ No
☐ Yes

$10.76

---

**3.120**   **Nonpriority creditor's name and mailing address**

**Maduzia, Anne Elizabeth**

**4417 Snowcloud Court**

**Concord**          **CA     94518**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☒ No
☐ Yes

$63.90

---

Debtor    **Oleum Operating Co., L.C.**                                    Case number (if known)   **19-60341**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.121 | **Nonpriority creditor's name and mailing address** |

**Maduzia, James Frank**

**1606 Pecan Street**

**Georgetown**          **TX**    **78626**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$63.93

| 3.122 | **Nonpriority creditor's name and mailing address** |

**Maduzia, John Robert Logan**

**4416 Snowcloud Court**

**Concord**          **CA**    **94518**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$63.89

| 3.123 | **Nonpriority creditor's name and mailing address** |

**Maduzia, Samuel Lowe**

**4416 Snowcloud**

**Concord**          **CA**    **94518**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$63.93

| 3.124 | **Nonpriority creditor's name and mailing address** |

**Maduzia, William Maduzia**

**4417 Snowcloud**

**Concord**          **CA**    **94518**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$63.90

Debtor    **Oleum Operating Co., L.C.**                                    Case number (if known)    **19-60341**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.125**  **Nonpriority creditor's name and mailing address**

**Marsh Land Production Co.**

**PO Box 67048**

**Baton Rouge**            **LA**    **70896**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$31.26

---

**3.126**  **Nonpriority creditor's name and mailing address**

**Martin, Karen Gwen Carnes**

**8313 NE 94th Ave.**

**Vancouver**            **WA**    **98662**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$323.71

---

**3.127**  **Nonpriority creditor's name and mailing address**

**Martines, Celeste Gascon**

**153 Ocean Dr.**

**Baton Rouge**            **LA**    **70806**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$89.36

---

**3.128**  **Nonpriority creditor's name and mailing address**

**Meltzer Estate, Lee H.**

**c/o Doris Katz Meltzer, Executrix**

**5539 Bellaire Blvd.**

**New Orleans**            **LA**    **70124**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3.01

---

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.129** Nonpriority creditor's name and mailing address

**Merrill, Mary Jane Grace**

**8048 Nouvelle Ct.**

**Baton Rouge**          LA    **70809**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$41.95**

---

**3.130** Nonpriority creditor's name and mailing address

**Michael Guidry**

**c/o J. Michael Stefanski**

**PO Drawer 730**

**Crowley**          LA    **70527**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.131** Nonpriority creditor's name and mailing address

**MIKE SNELL**

**P O Box 1263**

**Longview**          TX    **75606**

Date or dates debt was incurred

Last 4 digits of account number    **R  E  N  T**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Rent**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.132** Nonpriority creditor's name and mailing address

**MIKE SNELL**

**P O Box 1263**

**Longview**          TX    **75606**

Date or dates debt was incurred

Last 4 digits of account number    **L  A  R  Y**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Salary**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,800.00**

---

Debtor **Oleum Operating Co., L.C.**      Case number (if known) **19-60341**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                Amount of claim

| | |
|---|---|
| **3.133**   Nonpriority creditor's name and mailing address | **$28.10** |

**Miller, Freda J.**
**1020 NW 9th Ave.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Portland**      **OR**    **97209**

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.134**   Nonpriority creditor's name and mailing address | **$22.48** |

**Miller, Travis D.**
**18555 Anasazi Bluff Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**College Station**      **TX**    **77845**

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.135**   Nonpriority creditor's name and mailing address | **$798.78** |

**Miller, Viola Bradford**
**c/o John B. Brock**
**1201 Louisiana, Ste. 1400**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Houston**      **TX**    **77002**

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| **3.136**   Nonpriority creditor's name and mailing address | **$2,913.13** |

**Mobil Oil Expl. & Producing SE Inc.**
**PO Box 951027**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Dallas**      **TX**    **75395**

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Oleum Operating Co., L.C.**                                  Case number (if known)  **19-60341**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.137**  **Nonpriority creditor's name and mailing address**

**Myers, Carol Wingfield**

**81054 L Crawford Rd.**

**Bush**                          **LA**    **70431**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$29.96

---

**3.138**  **Nonpriority creditor's name and mailing address**

**Nantim Energy, Inc.**

**PO Box 80752**

**Lafayette**                     **LA**    **70598**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$31.26

---

**3.139**  **Nonpriority creditor's name and mailing address**

**Ocker 2016 Trust**

**David Ocker, Trustee**

**5256 River Oaks Dr.**

**Corpus Christi**                **TX**    **78413**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$138.55

---

**3.140**  **Nonpriority creditor's name and mailing address**

**Ogden, Roger Houston**

**460 Broadway St.**

**New Orleans**                   **LA**    **70118**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

$857.32

---

Debtor    **Oleum Operating Co., L.C.**    Case number (if known)    **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.141**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$919.33**

**3.141**   Nonpriority creditor's name and mailing address

**Oleum Operating**

**PO Box 1263**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Longview**            **TX**    **75606**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Working interest owner**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.142**   Nonpriority creditor's name and mailing address

**Pacific Group, Inc.**

**5195 Jeffdale Ave.**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Woodland Hills**        **CA**    **91364**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$366.57**

---

**3.143**   Nonpriority creditor's name and mailing address

**Paramount Energy, LLC**

**409 Lee Ave., Ste. 6**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Lafayette**            **LA**    **70501**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,935.19**

---

**3.144**   Nonpriority creditor's name and mailing address

**Parish of Cameron**

**122 Recreation Lane**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Cameron**            **LA**    **70631**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Basis for the claim:**
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **Oleum Operating Co., L.C.** | | Case number (if known) | **19-60341** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.145** Nonpriority creditor's name and mailing address

**Patin, Sandra H.**

**PO Box 967**

**Jennings                LA       70546**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,005.50**

---

**3.146** Nonpriority creditor's name and mailing address

**Payne Estate, Etta Lee Wilbert**

**c/o Charles Ray Champagne**

**PO Box 70**

**Plaquemine              LA       70764**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$121.38**

---

**3.147** Nonpriority creditor's name and mailing address

**PCS FERGUSON, INC.**

**P O Box 732131**

**Dallas                  TX       75373-2131**

Date or dates debt was incurred

Last 4 digits of account number    v  a  r  i

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$10,868.48**

---

**3.148** Nonpriority creditor's name and mailing address

**Post, Cathleen Cagle**

**30 Twin Arrow Dr.**

**Sandia Park             NM       87047**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$29.72**

---

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|--------|-------------------------------|------------------------|--------------|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.149** Nonpriority creditor's name and mailing address

**Powell Living Trust**

**Martha B. Powell**

**1927 Shadow Ln.**

**Richmond**     **TX**    **77406**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$156.18**

---

**3.150** Nonpriority creditor's name and mailing address

**PREJEAN REPAIR SERVICE INC**

**531 Charter Rd**

**Rayne**     **LA**    **70578**

Date or dates debt was incurred

Last 4 digits of account number **6** **4** **3** **6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$511.61**

---

**3.151** Nonpriority creditor's name and mailing address

**Price, Preston & Susan**

**PO Box 701**

**Mandeville**     **LA**    **70470**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit - disputed ORRI interest**

Is the claim subject to offset?
☑ No
☐ Yes

**$359,162.00**

---

**3.152** Nonpriority creditor's name and mailing address

**Primeaux, Mary J.B.**

**58340 Fort Street**

**Plaquemine**     **LA**    **70764**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor   **Oleum Operating Co., L.C.**                         Case number (if known)   **19-60341**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.153**   Nonpriority creditor's name and mailing address | **$70.39** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Pruitt, Logan Postell**

**4507 Ihles Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lake Charles**                **LA      70605**           **Royalty owner**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.154**   Nonpriority creditor's name and mailing address                         **$70.39**

As of the petition filing date, the claim is:
*Check all that apply.*

**Pruitt, Samuel Y.**

**4503 Ihles Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lake Charles**                **LA      70605**           **Royalty owner**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.155**   Nonpriority creditor's name and mailing address                         **$7,064.48**

As of the petition filing date, the claim is:
*Check all that apply.*

**REAGAN POWER & COMPRESSION LLC**

**Dept AT 952461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta**                **GA      31192-2461**           **Vendor**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number  v   a   r   i

☑ No
☐ Yes

---

**3.156**   Nonpriority creditor's name and mailing address                         **$2,169.78**

As of the petition filing date, the claim is:
*Check all that apply.*

**Rush, Charles**

**no address**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**returned check/dispute on title**

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor    **Oleum Operating Co., L.C.**                          Case number (if known)    **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.157**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Russell 2012 Irrev Trust, Vicky Lynn**

**Milton Russell, Trustee**

**418 S. Gay St., Ste. 503**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Knoxville**              **TN**    **37902**

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$1,087.43**

---

| | |
|---|---|
| **3.158**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Ruthel, Lisa Charlotte**

**5409 39th Street NW**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Washington**              **DC**    **20015**

Basis for the claim:
**Royalty owner**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$129.37**

---

| | |
|---|---|
| **3.159**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Ruthel, Renee W.**

**PO Box 1865**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Brookline**              **MA**    **02446**

Basis for the claim:
**Royalty owner**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$129.37**

---

| | |
|---|---|
| **3.160**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Rutz, Kelly P.**

**2717 Bramble Dr.**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Monroe**              **LA**    **71201**

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$122.79**

Debtor    **Oleum Operating Co., L.C.**                          Case number (if known)    **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.161 | Nonpriority creditor's name and mailing address |
|---|---|

**Sabine Louisiana Royalty Trust**

**Simmons Bank, Escrow Agent**

**PO Box 678600**

**Dallas**                    **TX**      **75267**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$35.24

| 3.162 | Nonpriority creditor's name and mailing address |
|---|---|

**Sanders, Rebecca Butts Hill**

**2008 Surrey Oaks Dr.**

**Arlington**                    **TX**      **76006**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$50.79

| 3.163 | Nonpriority creditor's name and mailing address |
|---|---|

**Savant, Aaron & Heidi**

**23073 Rene Rd.**

**Kinder**                    **LA**      **70648**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$78.82

| 3.164 | Nonpriority creditor's name and mailing address |
|---|---|

**Schneider Jr., George W.**

**PO Box 963**

**Denham Springs**                    **LA**      **70727**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$2.43

Debtor    **Oleum Operating Co., L.C.**    Case number (if known)    **19-60341**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.165**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$2.43**

| **3.165**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|
| **Schneider, Marianne R.** | ☐ Contingent |
| **304 Suffolk Ave.** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Lafayette**          **LA**    **70508** | **Royalty owner** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes |

| **3.166**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|

**$407.08**

| **3.166**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|
| **Section Twelve, Inc.** | ☑ Contingent |
| **31 Evening Song Ct** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **The Woodlands**          **TX**    **77380** | **returned check/dispute on title** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes |

| **3.167**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|

**$33,068.20**

| **3.167**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|
| **Sempra Energy Production Co.** | ☑ Contingent |
| **8235 Douglas Ave., Ste. 525** | ☐ Unliquidated |
| | ☑ Disputed |
| | **Basis for the claim:** |
| **Dallas**          **TX**    **75225** | **returned check/dispute on title** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes |

| **3.168**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|

**$29.72**

| **3.168**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|
| **Shearman, Suzanne Cagle** | ☐ Contingent |
| **13 River Road** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Lake Charles**          **LA**    **70601** | **Royalty owner** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes |

Debtor    **Oleum Operating Co., L.C.**    Case number (if known)    **19-60341**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.169** Nonpriority creditor's name and mailing address

**Shows, Lisa B**

**7833 Gossett Rd.**

**Lake Charles** LA **70605**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$64.67**

---

**3.170** Nonpriority creditor's name and mailing address

**SLEMCO**

**P O Box 98055**

**Lafayette** LA **70509-8055**

Date or dates debt was incurred

Last 4 digits of account number **v a r i**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,249.43**

---

**3.171** Nonpriority creditor's name and mailing address

**SNELL HERITAGE INVESTMENT PROPERTIES**

**P O Box 1263**

**Dallas** TX **75606**

Date or dates debt was incurred

Last 4 digits of account number **v a r i**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**equipment rental**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,331.72**

---

**3.172** Nonpriority creditor's name and mailing address

**Snell Heritage Investment Properties**

**PO Box 1272**

**Longview** TX **75606**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$100,000.00**

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 44

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.173** **Nonpriority creditor's name and mailing address**

**Spano, Don & Rebecca**

**3402 Swanson Ln.**

**Lake Charles** LA **70605**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$30.24

---

**3.174** **Nonpriority creditor's name and mailing address**

**Stampley, Mary Alice**

**deceased / no address**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

$1,651.85

---

**3.175** **Nonpriority creditor's name and mailing address**

**Stewart, Thomas C.**

**111 Buffalo Run**

**Lafayette** LA **70503**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

$31.26

---

**3.176** **Nonpriority creditor's name and mailing address**

**SUPERIOR GAUGING SERVICES, INC.**

**P O Box 268**

**Church Point** LA **70525**

Date or dates debt was incurred

Last 4 digits of account number  v   a   r   i

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

---

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.177** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Templet Estate, Ruth R. Wilbert**

**co Claire T. Whitaker**

**PO Box 157**

**Plaquemine**    **LA**    **70765**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$430.71**

| **3.178** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Texas Energy Advisor, LLC**

**4099 McEwen Rd., Ste. 420**

**Dallas**    **TX**    **75244**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,089.83**

| **3.179** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Texas Energy Advisor, LLC**

**2911 Turtle Creek Blvd., #1000**

**Dallas**    **TX**    **75219**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$668.54**

| **3.180** | **Nonpriority creditor's name and mailing address** |
|---|---|

**The Sweetlake Land & Oil Co.**

**7777 Nelson Rd.**

**Lake Charles**    **LA**    **70605**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Lawsuit**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
| --- | --- | --- | --- |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$6,184.98** |
| --- | --- | --- | --- |

**TOTAL PUMP & SUPPLY LLC**

**P O Box 548**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Carencro** | **LA** | **70520** |
| --- | --- | --- |

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **v    a    r    i**

---

| **3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$4,791.95** |
| --- | --- | --- | --- |

**Town-Fisher Properties, LLC**

**606 Greenbriar Rd.**

☑ Contingent
☐ Unliquidated
☑ Disputed

| **Lafayette** | **LA** | **70503** |
| --- | --- | --- |

**Basis for the claim:**  **returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$699.14** |
| --- | --- | --- | --- |

**Tres Hermanas Ventures, LLC**

**118 N. Mannering Ave.**

☑ Contingent
☐ Unliquidated
☑ Disputed

| **Lafayette** | **LA** | **70508** |
| --- | --- | --- |

**Basis for the claim:**  **returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$780.00** |
| --- | --- | --- | --- |

**TRINITY ENVIRONMENAL SERVICES I, LLC**

**6300 Bridge Point Parkway**

**Building 2, Suite 210**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Austin** | **TX** | **78730** |
| --- | --- | --- |

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6    5    1    9**

---

| Debtor | Oleum Operating Co., L.C. | Case number (if known) | 19-60341 |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.185**   Nonpriority creditor's name and mailing address

**Truco Partnership, Ltd.**

**PO Box 320**

Overton                    TX      75684

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**well expenses**

Is the claim subject to offset?
☒ No
☐ Yes

**$48,807.12**

---

**3.186**   Nonpriority creditor's name and mailing address

**Underwood, Jillian Cagle**

**1241 West Tank Farm Rd.**

Lake Charles               LA      70605

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☒ No
☐ Yes

**$4.33**

---

**3.187**   Nonpriority creditor's name and mailing address

**WB Higdon**

**c/o Adele Owen**

**Talbot Carmouche Marcello**

**17405 Perkins Rd.**

Baton Rouge                LA      70810

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.188**   Nonpriority creditor's name and mailing address

**Wellspring Royalties, Ltd.**

**PO Box 677995**

Dallas                     TX      75267

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☒ No
☐ Yes

**$38.25**

---

Debtor    **Oleum Operating Co., L.C.**                                    Case number (if known)  **19-60341**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.11 |

**Welsh Royalty, LLC**

**PO Box 5003**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Shreveport                LA      71135**

Basis for the claim:
**Royalty owner**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

Amount of claim: **$23.11**

---

| 3.190 | Nonpriority creditor's name and mailing address |

**Whitaker, Claire Ruth Templet**

**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Royalty owner**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

Amount of claim: **$1.74**

---

| 3.191 | Nonpriority creditor's name and mailing address |

**Whitaker, Claire Ruth Templet**

**unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**returned check/dispute on title**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

Amount of claim: **$1,870.03**

---

| 3.192 | Nonpriority creditor's name and mailing address |

**White III, Herman Aubrey**

**4109 Maidstone Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Lake Charles                LA      70605**

Basis for the claim:
**Royalty owner**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

Amount of claim: **$60.36**

---

Debtor    **Oleum Operating Co., L.C.**                                      Case number (if known)   **19-60341**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

| **3.193** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                              **$2.68**
*Check all that apply.*

**White, Britany Elisabeth**

☐ Contingent

**4109 Maidstone**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Lake Charles**          LA    **70605**          **Royalty owner**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

| **3.194** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                              **$1,189.76**
*Check all that apply.*

**White, Bruce**

☑ Contingent

**6505 SW 100th Ln.**

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

**Gainesville**          FL    **32608**          **returned check/dispute on title**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

| **3.195** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                              **$60.36**
*Check all that apply.*

**White, Jean King**

☐ Contingent

**3602 Holly Hill Rd.**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Lake Charles**          LA    **70605**          **Royalty owner**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

| **3.196** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                              **$2.68**
*Check all that apply.*

**White, Paul King**

☐ Contingent

**675 Greenwood Ave. NE, #102**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Atlanta**          GA    **30306**          **Royalty owner**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.197**   Nonpriority creditor's name and mailing address

**White, Tiffany Leigh**

**4109 Maidstone**

**Lake Charles**          LA    **70605**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$2.68**

---

**3.198**   Nonpriority creditor's name and mailing address

**Wiener III, Jacques L.**

**333 Texas, Ste. 2375**

**Shreveport**          LA    **71101**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,698.06**

---

**3.199**   Nonpriority creditor's name and mailing address

**Wilbert Estate, George**

**no address**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**returned check/dispute on title**

Is the claim subject to offset?
☑ No
☐ Yes

**$72.85**

---

**3.200**   Nonpriority creditor's name and mailing address

**Wilbert USUF, Alma L.**

**17800 Villa Trace Ave.**

**Greenwell Springs**          LA    **70739**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalty owner**

Is the claim subject to offset?
☑ No
☐ Yes

**$3.35**

---

Debtor    **Oleum Operating Co., L.C.**                                 Case number (if known)    **19-60341**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.201**   **Nonpriority creditor's name and mailing address**

**Wilbert's Sons Ltd Ptr.**

**PO Box 694**

**Plaquemine**                    LA      **70764**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$30.19**

---

**3.202**   **Nonpriority creditor's name and mailing address**

**Wilbert, Catherine Melacon**

**58145 Randolphs Dr.**

**Plaquemine**                    LA      **70764**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2.89**

---

**3.203**   **Nonpriority creditor's name and mailing address**

**Wilbert, Catherine Melacon**

**58145 Randolphs Dr.**

**Plaquemine**                    LA      **70764**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**returned check/dispute on title**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,010.00**

---

**3.204**   **Nonpriority creditor's name and mailing address**

**Winegeart, Winfred and/or Arlene**

**601 Gross Rd.**

**Westlake**                      LA      **70669**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$77.03**

---

Debtor    **Oleum Operating Co., L.C.**                                    Case number (if known)   **19-60341**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.205**    Nonpriority creditor's name and mailing address

**Wingfield, Barbara Sue**

**68277 Marion St.**

**Mandeville**                        **LA      70471**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$29.96

---

**3.206**    Nonpriority creditor's name and mailing address

**Wingfield, Donald Clarence**

**31305 River Pines Dr.**

**Springfield**                        **LA      70462**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Royalty owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

$29.97

---

Debtor   **Oleum Operating Co., L.C.**                                      Case number (if known)   **19-60341**

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Brett Furr, Edward D. Hughes** **Counsel for Intervenors / Price & Haller** **PO Box 2471** **Baton Rouge** **LA** **70821** | Line **3.91** ☐ Not listed.  Explain: | __ __ __ __ |
| **4.2** **Donald Carmouche** **Talbot, Carmouche & Marcello** **17405 Perkins Rd.** **Baton Rouge** **LA** **70810** | Line **3.152** ☐ Not listed.  Explain: | __ __ __ __ |
| **4.3** **Guy Wall** **Wall, Bullington &  Cook, LLC** **540 Elmwood Park Blvd.** **New Orleans** **LA** **70123** | Line **3.180** ☐ Not listed.  Explain: | __ __ __ __ |
| **4.4** **Guy Wall, Jonathan Cook, Mauringe Labord** **Attorneys for Sweet Lake Land & Oil Co.** **540 Elmwood Park Blvd.** **New Orleans** **LA** **70123** | Line **3.91** ☐ Not listed.  Explain: | __ __ __ __ |
| **4.5** **Jefferson Davis Electric** **815 Hwy. 384** **Bell City** **LA** **70630** | Line **3.90** ☐ Not listed.  Explain: | __ __ __ __ |
| **4.6** **Matt Jones & Brian Capell** **Counsel for Oleum and AKSM** **PO Box 52008** **Lafayette** **LA** **70505** | Line **3.91** ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Oleum Operating Co., L.C.**                                     Case number (if known)    **19-60341**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|                                        |          | Total of claim amounts |
|----------------------------------------|----------|------------------------|
| 5a.  **Total claims from Part 1**      | 5a.      | $227,764.75            |
| 5b.  **Total claims from Part 2**      | 5b.  +   | $3,405,460.00          |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,633,224.75 |

**Fill in this information to identify the case:**

Debtor name **Oleum Operating Co., L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known) **19-60341**    Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | | |
|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease No. WK #2 - West Klondike Field, Iberville Parish, LA. - 122.91 gross acres. | A. Wilbert's Sons, Ltd. | |
| | | | P O BOX 694 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Plaquemine    LA    70764 | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease No. WK #2 - West Klondike Field, Iberville Parish, LA. - 238.25 gross acres. | A. Wilbert's Sons, Ltd. | |
| | | | P O BOX 694 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Plaquemine    LA    70764 | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease No. WK ROW #1 - West Klondike Field, Iberville Parish, LA. | A. Wilbert's Sons, Ltd. | |
| | | | P O BOX 694 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Plaquemine    LA    70764 | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement dated May 9, 2005 for The Sweet Lake "C" Lease located in East Bell City, Calcasieu Parish, LA | AKSM, LC | |
| | | | PO Box 1272 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Longview    TX    75606 | |

Debtor    **Oleum Operating Co., L.C.**                              Case number (if known)    **19-60341**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement dated July 27, 2010 for Crowley Field, Section 16, Township 10S, Range 01E in Acadia Parish, LA - Hoffpauer** | **AKSM, LC** |
| | | | **PO Box 1272** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Longview                    TX        75606** |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Vermilion Parish** | **AKSM, LC** |
| | | | **PO Box 1272** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Longview                    TX        75606** |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. WK #4 - West Klondike Field, Iberville Parish, LA.** | **AO323 (JOA w/SMB)** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. WK #1B - West Klondike Field, Iberville Parish, LA. - 106.19 gross acres.** | **ASA Properties, et al** |
| | | | **9619 Interline Avenue, Suite B** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Baton Rouge                LA        70809** |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. WK #1B - West Klondike Field, Iberville Parish, LA. - 54.13 gross acres.** | **ASA Properties, et al** |
| | | | **9619 Interline Avenue, Suite B** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Baton Rouge                LA        70809** |

Debtor   **Oleum Operating Co., L.C.**                                 Case number (if known)   **19-60341**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Dell Financial Services |
|---|---|---|---|
| | | | PO Box 5292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Carol Stream        IL      60197 |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Lease to Purchase Option Agreement | Dome de Sel, LLC |
|---|---|---|---|
| | | | c/o Andrew Snell |
| | | | PO Box 2567 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Longview        TX      75606 |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Content Central Software Lease | East Texas Copy Systems |
|---|---|---|---|
| | | | 1218 McCann Rd. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Longview        TX      75601 |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease for Cannon Copier | East Texas Copy Systems |
|---|---|---|---|
| | | | 1218 McCann Rd. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Longview        TX      75601 |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Lease No. WK #1A - West Klondike Field, Iberville Parish, LA. - 106.19 gross acres. | Fred C. Dent, et al |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |
|---|---|---|---|

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.15** State what the contract or lease is for and the nature of the debtor's interest

**Lease No. WK #1A - West Klondike Field, Iberville Parish, LA. - 54.13 gross acres.**

**Fred C. Dent, et al**

State the term remaining

List the contract number of any government contract

**2.16** State what the contract or lease is for and the nature of the debtor's interest

**Commercial Lease of office building**

**Micheal & Shelby Snell**
**PO Box 1263**

State the term remaining

List the contract number of any government contract

**Longview**                    **TX**      **75606**

**2.17** State what the contract or lease is for and the nature of the debtor's interest

**Lease No. WK #3B - West Klondike Field, Iberville Parish, LA.**

**Newfield Exploration**
**4 Waterway Square Place, Ste 100**

State the term remaining

List the contract number of any government contract

**The Woodlands**                **TX**      **77380**

**2.18** State what the contract or lease is for and the nature of the debtor's interest

**Lease No. WK #1C - West Klondike Field, Iberville Parish, LA. - 106.19 gross properties.**

**Pintail Properties**

State the term remaining

List the contract number of any government contract

**2.19** State what the contract or lease is for and the nature of the debtor's interest

**Lease No. WK #1C - West Klondike Field, Iberville Parish, LA. - 54.13 gross acres.**

**Pintail Properties**

State the term remaining

List the contract number of any government contract

| Debtor | **Oleum Operating Co., L.C.** | Case number (if known) | **19-60341** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.20**
State what the contract or lease is for and the nature of the debtor's interest

**Master Equipment Lease - equipment, schedules & lease - Schedule Nos. 1 thru 10**

**Snell Heritage Investment Properties**

**PO Box 1272**

State the term remaining

List the contract number of any government contract

**Longview              TX        75606**

**2.21**
State what the contract or lease is for and the nature of the debtor's interest

**Oil Gas & Mineral Lease as amended - the "C" Lease in Calcasieu Parish, LA (1947)**

**The Sweetlake Land & Oil Co.**

**7777 Nelson Rd.**

State the term remaining

List the contract number of any government contract

**Lake Charles              LA        70605**

**2.22**
State what the contract or lease is for and the nature of the debtor's interest

**Oil Gas & Mineral Lease - the "C" Lease in Calcasieu Parish, LA (2008)**

**The Sweetlake Land & Oil Co.**

**7777 Nelson Rd.**

State the term remaining

List the contract number of any government contract

**Lake Charles              LA        70605**

**2.23**
State what the contract or lease is for and the nature of the debtor's interest

**Lease No. WK ROW #2 - West Klondike Field, Iberville Parish, LA.**

**Whiskey Bay**

State the term remaining

List the contract number of any government contract

**2.24**
State what the contract or lease is for and the nature of the debtor's interest

**Lease No. WK #3A - West Klondike Field, Iberville Parish, LA.**

**Wilbert Mineral Group, LLC et al**

**PO Box 641**

State the term remaining

List the contract number of any government contract

**Plaquemine              LA        70765**

**Fill in this information to identify the case:**

Debtor name    **Oleum Operating Co., L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)    **19-60341**

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **AKSM, LC** | **PO Box 1272**<br>Number        Street | **Jerry & Antonia Suire** | ☐ D<br>☑ E/F<br>☐ G |
| | **Longview**        **TX** **75606**<br>City                 State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **Oleum Operating Co., L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **19-60341**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................. | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................. | **$8,853,797.63**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................................ | **$8,853,797.63**

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........ | **$85,543.81**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... | **$227,764.75**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................. | **+ $3,405,460.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................... | **$3,718,768.56**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Oleum Operating Co., L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **19-60341**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/28/2019**
    MM / DD / YYYY

X **/s/ Micheal W. Snell**
Signature of individual signing on behalf of debtor

**Micheal W. Snell**
Printed name

**Managing Member**
Position or relationship to debtor